Same memorandum as in *People v Giacona* ([appeal No. 1] 130 AD3d 1565 [2015]). Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER GIACONA, Appellant. (Appeal No. 5.) [12 NYS3d 587]—Appeal from an order of the Cayuga County Court (Mark H. Fandrich, A.J.), dated September 8, 2014. The order directed defendant to pay restitution of $35,424.94 to the Office of the New York State Attorney General, on behalf of SUNY Upstate Medical University Hospital.

It is hereby ordered that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Giacona* ([appeal No. 1] 130 AD3d 1565 [2015]). Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER GIACONA, Appellant. (Appeal No. 6.) [12 NYS3d 587]—Appeal from an order of the Cayuga County Court (Mark H. Fandrich, A.J.), dated September 8, 2014. The order directed defendant to pay restitution of $59,528.12 to the Office of the New York State Attorney General, on behalf of SUNY Upstate Medical University Hospital.

It is hereby ordered that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Giacona* ([appeal No. 1] 130 AD3d 1565 [2015]). Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.